# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )          Case No. 2:20-mj-00801-DJA
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )
                                         )
ALEJANDRO AVALOS,                        )          **ORDER**
                                         )
        Defendant.                       )
                                         )
_____ )

Before the Court is Defendant Alejandro Avalos' Motion to Dismiss Counsel (ECF No. 35), filed on May 28, 2021.  The government has not filed a response.

Defendant, who is represented in this matter by attorney Kathleen Bliss, filed this motion pro se.  Under Local Rule IA 11-6, "[A] party who has appeared by attorney cannot while so represented appear or act in a case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Since Defendant is currently represented, this motion may not be filed except through Defendant's attorney.  The Court will therefore deny the motion without prejudice.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Counsel (ECF No. 35) is DENIED without prejudice.

DATED: June 2, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

1